B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Hernan A Gonzalez | Comcast Corp. |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| (Self) 100 Bennett Ave Waterbury, CT 06708 | — |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☑ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Comcast diconected Service, and did not Collection (afers) H6

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☑ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☑ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 10,000.00 |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR _Hernan A Gonzalez_ | BANKRUPTCY CASE NO. _18-31375_ | |
| DISTRICT IN WHICH CASE IS PENDING _New Haven Connecticut_ | DIVISION OFFICE | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF _Hernan A Gonzalez_ | DEFENDANT _Comcast Corp._ | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE _10-4-2018_ | PRINT NAME OF ATTORNEY (OR PLAINTIFF) _Hernan A Gonzalez_ | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

|  | : | **UNITED STATE BANKRUPTCY COURT** |
|---|---|---|
| **HERNAN A GONZALEZ** | : | **J.D. OF NEW HAVEN** |
| **VS.**  2018 OCT -5 P 12: 09 |  | **AT NEW HAVEN** $-18$-$31375$ |
| **COMCAST CORP, ET AL** FILED |  | **OCTOBER 4, 2018** |

CLERK. U.S. BANKRUPTCY COURT
DISTRICT OF CONNECT
NEW HAVEN

## INTRODUTION

Prior to filing this lawsuit plaintiff repeatedly gave defendant notice of bankruptcy and ask defendant to stop harassing him with unwanted collection letters also collection over the phone.

## COMPLAINT

1.    Plaintiff has the right to be free from collection attempt and threats of disconnection during bankruptcy.

Defendant's willful violation of the automatic stay cause plaintiff tension headaches, upset stomach, and other significant emotional distress from the inherent stress of the normal bankruptcy process.

2.    This complaint and allegations are based on personal knowledge of the plaintiff Venue is proper because defendant attempted to collect from plaintiff and disconnected service while under the protection of the bankruptcy court's automatic stay. Defendant received actual notice of the automatic stay in the plaintiff's case multiple times by mail from the bankruptcy noticing Center and from plaintiff over the phone (ticket# 047391386) on 9/13/2018 at 11:20 am and in person which was refused by the manager for Comcast Annemarie Wrigley working at location 920 Wolcott Street Waterbury Connecticut 06705 on Monday 10/01/2018.

3.    After receiving the actual notice of the automatic stay defendant intentionally

harassed plaintiff to pay, throw numerus calls that plaintiff made to defendant to inform employees of pre-petition debt and automatic stay.

4. Defendants conduct as alleged above caused plaintiff to worry about his disconnected service and the embarrassing words that were said to him over the phone and in person. October 1, 2018 manager Wrigley was asked if she could call corporate to straighten this matter out she alleged she cannot do that. Also she was asked if she would take a copy of the notice of bankruptcy case Filling she also refused claiming that is not handled there and that they gave me a credit for $37 and I still owe them a $190.00 in new charges and that was company policy. Defendants conduct as alleged above cause plaintiff to cringe and panic whenever he talks to the Defendant's In fear of being reported to the credit bureau or Credit Agencies.

The bankruptcy notice provided to defendant that contain contact information from the plaintiff warned that violating the automatic stay could subject it to penalties.

## CAUSE OF ACTION

## (11 U.S.C § 362(k)

Plaintiff incorporates the alleged above by reference.

Defendant's violation of 11 U.S.C § 362 (a)(4) and (6) as alleged above was "willful" as the term is the Define in the ninth circuit because it is conducted was intentional and it had prior actual knowledge of the automatic stay from multiple sources its conducted was unreasonable and any allege mistake of law was not a defense.

Under 11 U.S.C § 362(k) plaintiff is entitled to compensation for proportional punitive Damages and reasonable fees of cost from defendant and the amount to be decided by the court.

## PRAYER FOR RELIEF

After a stipulation or determination that defended willfully violated the automatic stay plaintiff seeks relief as follows:

**A. Money judgment** In favor of plaintiff against defendant for punitive damages.

Plaintiff also seeks any equitable relief this court May determine is fair.   Plaintiff may also intend to amend the complaint to include additional claims as new information is learned through discovery.


WHEREFORE, the plaintiff claims money damages.


THE PLAINTIFF

By_____
HERNAN A GONZALEZ
100 Bennett Ave
Waterbury, CT 06708
(203)850-1819
gilaw.pr@mail.com

Comcast
676 Island Pond Rd
Manchester, NH  03109-4840



ᴵᵈᴵᵘᴵᴵᴵⁱⁿᵘᴵᵈᴵᵘᴵᵈᴵᴵᴵⁱⁱᵈᴵⁱⁱᴵᴵᴵⁱᴵᴵᴵⁱⁱᴵᵘᴵᴵᴵⁱⁿⁿᴵᴵᴵᴵᴵⁱⁱⁿⁱᴵᴵ
HERNAN GONZALEZ
100 BENNETT AVE
WATERBURY CT 06708-4047

0C4793

Date: September 14, 2018
Account #: 8773402202033748
**Past Due: $54.25**
**Total Balance Due: $110.64**
**Due Date: SEPTEMBER 28,
2018**

# Please Pay Your Bill to Keep Your Services

Dear Hernan Gonzalez,

We're writing to let you know you have an overdue balance of $54.25. **If we do not
receive your payment by SEPTEMBER 28, 2018, your services will be turned off.**
We do not want you to lose access to your XFINITY services, so please pay your bill
as soon as possible.

Here are a few ways you can pay today - we're here to help:
 • Online via **My Account** at www.xfinity.com/bill-pay.html
 • On your mobile device with the **XFINITY My Account mobile app**
 • By phone at **1-800-XFINITY** using our automated payment system
 • In person at your local **XFINITY Store**. To find a location near you, visit
   http://xfinity.com/storelocator

We understand things change, so if you'd like to explore other options that work
better for you or even need to cancel services, please give us a call at
1-800-XFINITY.

Thanks for being an XFINITY customer - we do not want to lose you.


Sincerely,

XFINITY

PAP-1864-E-0

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
DPCH

PAYMENT:
able for the Amount Due.

t bottom of letter.
rough the window.
e.

**DATED MATERIAL**
**IMPORTANT INFORMATION ENCLOSED**

***Please Detach Lower Portion and Return with Payment*** 137796-877340-PRESO-4503

1 of 1

Date: September 14, 2018
Account #: 8773402202033748
**Past Due: $54.25**
**Total Balance Due: $110.64**
**Due Date: SEPTEMBER 28, 2018**

Enclosed is my payment by:
☐ Check ☐ Money Order

Amount Paid: $______________

Balance Due: $110.64

COMCAST
PO BOX 196
NEWARK NJ 07101-0196

HERNAN GONZALEZ
100 BENNETT AVE
WATERBURY CT 06708-4047

877340220203374800110643